UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:07CV189-J

RONALD W. RICE                                                         PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                               DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Ronald Rice seeks Supplemental Security Income and Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report, including the following numbered contentions: 1) the Administrative Law Judge's mental residual functional capacity assessment did not comply with the required legal standards; and 2) the administrative decision was based on improper vocational evidence. Each of these issues was sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1)      The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2)      The final Decision of the Commissioner denying benefits is AFFIRMED; and

      3)      Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.